Henry W. St. John and Another, Copartners, etc., Appellants, v. Elias Reiss, Doing Business under the Name and Style of Elias Reiss & Company, Respondent.—Judgment affirmed, with costs. No opinion.

Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotch-kiss, JJ.